IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZACHARY BLAKE ARNOLD                                      PLAINTIFF

v.                        No: 3:18-cv-27 DPM

KEITH BOWERS, Jail Administration,
Craighead County Detention Center;
C FEARS, Jailer, Craighead County
Detention Center                                          DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Arnold hasn't filed an amended complaint; and the time to do so has passed. № 13. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 May 2018