# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ZACHARY BLAKE ARNOLD                  PLAINTIFF

v.                  No: 3:18-cv-27 DPM

KEITH BOWERS, Jail Administration,
Craighead County Detention Center;
C FEARS, Jailer, Craighead County
Detention Center                  DEFENDANTS

## JUDGMENT

Arnold's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 May 2018